CITY OF DETROIT *v.* SNYDER.

EMINENT DOMAIN—DAMAGES AND COMPENSATION.
   On motion for rehearing, an error contained in the opinion in this case, reported in 156 Mich. 511, is corrected, and the questions involved are held to be governed by *City of Detroit* v. *Railway,* 156 Mich. 106.

Error to the recorder's court of Detroit, Connolly, J. Submitted January 22, 1909. (Docket Nos. 57, 58.) Decided May 25, 1909. Motion for rehearing submitted December 10, 1909. (Calendar No. 22,980.) Former opinion vacated December 30, 1909.

Petition by the city of Detroit for separation of grades in a certain street. George P. Snyder and the Union Transfer & Storage Company intervened claiming damages. A judgment confirming the award of the jury is reviewed by petitioner on writ of error. Reversed.

*P. J. M. Hally*, for the motion.

GRANT, J. Our attention has been called by a motion for rehearing to an error we made in the opinion in the case of *City of Detroit* v. *Snyder*, 156 Mich. 511 (121 N. W. 258).

We there said that, after eliminating the last item discussed, the award would otherwise stand affirmed: This was error, for which the writer of the opinion is responsible. It should read:

" That otherwise the cases of the respondents were ruled by the opinion in *City of Detroit* v. *Railway*, 156 Mich. 106 (120 N. W. 600)."

The question of damages and the instruction of the court as to the rule of damages were substantially the same in both cases, and the same result should have been announced in the latter opinion.

It follows that the judgment will be reversed, and a new trial ordered.

BLAIR, C. J., and MONTGOMERY, MOORE, and McAL-VAY, JJ., concurred.